RECEIVED
JUL 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| RICHARD R. TAUBLER, INC., Plaintiff, | : | |
| vs. | : | C.A. No. 04-CV-64ML |
| SOUTHEASTERN NEW ENGLAND SHIPBUILDING CORPORATION, d/b/a or f/d/b/a SENESCO of Delaware, SENESCO AND SENESCO MARINE AND SEABOATS, INC. Defendants. | : | |

***STIPULATION OF DISMISSAL***

By agreement of the parties and pursuant to Rule 41(a)(1)(ii) of the Federal Court Rules of Civil Procedure, Plaintiff's Complaint against Defendants is hereby dismissed with prejudice, no interest, no costs, and no party shall recover costs or attorney's fees against another.

RICHARD R. TAUBLER, INC.
By its attorneys,

Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411

SOUTHEASTERN NEW ENGLAND
SHIPBUILDING CORP. and
SEABOATS, INC.,
By their attorney

R. Bart Totten (5095)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, Eighth Floor
Providence, RI 02903
Tel.: (401) 274-7200
Fax: (401) 751-0604

ENTER:

Mary M. Lisi USDJ 7/5/05

PER ORDER:

Barbara Barletta